**Entered on Docket
October 20, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

CINDY LEE STOCK                                             **E-FILED SEPTEMBER 28, 2009**
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for SELECT PORTFOLIO SERVICING

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| JOSE C. GARCIA and CIPRIANA A. GARCIA, | CASE  NO. S– 09-22653-MKN |
| Debtors. | Hearing Date:  August 26, 2009
Hearing Time: 1:30 p.m.
Location:    Foley Federal Building
                   Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of SELECT PORTFOLIO SERVICING came on regularly for hearing before this court on August 26, 2009, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby

1  is, granted.

2      IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

3  property commonly known as 4867 East Harmon Avenue, LV NV 89121.

4

5  SUBMITTED BY:

6  /s/ *Cindy Lee Stock*
   CINDY LEE STOCK
7  Nevada Bar No. 803
   915 East Bonneville Avenue
8  Las Vegas, Nevada   89101
   (702)382-1399
9  Attorney for SELECT PORTFOLIO SERVICING

10                 RULE 9021 CERTIFICATION:

11 In accordance with Local Rule 9021, counsel for Movant certifies:

12     ____    The Court waived the requirement of approval under LR 9021.

13     ____    No parties appeared or filed written objections, and there is no trustee appointed in the
14                case.

15     _X_   I have delivered a copy of this proposed order to all counsel who appeared at the
       hearing, any unrepresented parties who appeared at the hearing, and any trustee
16     appointed in this case, and each has approved or disapproved the order, or failed to
       respond as indicated below [list each party and whether the party has approved,
17     disapproved, or failed to respond to the document]:

18     DAVID ROSENBERG, Trustee: _____

19     Approved _____    Disapproved _____    Failed to Respond __X_____

20                         # # #

21

22

23

24

25

26

27

28